938 A.2d 985

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Johnette O. YOUNG, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 17, 2007.

## *ORDER*

PER CURIAM.

AND NOW, this 17th day of December, 2007, the Petition for Allowance of Appeal is **GRANTED,** the order of the Superior Court is **VACATED,** and the matter is **REMAND-ED** to the Superior Court for re-consideration in light of *Commonwealth v. Holmes,* 593 Pa. 601, 933 A.2d 57 (2007) and *Commonwealth v. Walls,* 592 Pa. 557, 926 A.2d 957 (2007).